**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.** | Case No. 1:18-cv-00375 |
| Plaintiff, | JUDGE MICHAEL BARRETT |
| vs. | |
| **WILLIAM T MAUPIN AND TBOD LLC** | ORDER |
| Defendants | |

Default having been entered in this action on this October 17, 2018, and the application of default judgment having been filed on September 7, 2018 and having been served on the Defendants WILLIAM T MAUPIN AND TBOD LLC, Individually and as the alter ego of The Well and Patio, and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants WILLIAM T MAUPIN AND TBOD LLC, Individually and as the alter ego of The Well and Patio, in favor of JOE HAND PROMOTIONS, INC., as follows:

| | | | |
|---|---|---|---:|
| a. | 47 U.S.C. 605 (e)(3)(C)(i) and (C)(iii): | $ | 30,000.00 |
| b. | Attorneys' Fees | $ | 1,350.00 |
| d. | Costs: | $ | 606.96 |
| | | **Total:** | **$31,959.96** |

**Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $31,959.96.**

/s/ Michael R. Barrett
UNITED STATES DISTRICT JUDGE